UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEAN LOPES,

                        **Plaintiff,**

       -against-

JAFIA CALLADO,

                        **Defendant.**

-----------------------------------------------------------------X

20-CV-01063 (GHW)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2020

**SARAH NETBURN, United States Magistrate Judge:**

    A telephone conference is scheduled for Tuesday, October 13, 2020, at 10:30 a.m. to discuss the status of this case. At that time, the parties shall call the Court's dedicated conference line at (877) 402-9757 and enter Access Code 7938632#.

    IT IS HEREBY ORDERED that the Warden or other official in charge of the Shawangunk Correctional Facility produce Sean Lopes, Inmate No. 14-A-2371 on Tuesday, October 13, 2020, no later than 10:30 a.m., to a suitable location within the Shawangunk Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and counsel.

    If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Rachel Slusher at (212) 805-0286.

    Plaintiff's counsel must: (1) send this Order to the Warden immediately; (2) contact the Shawangunk Correctional Facility to arrange the call and determine the telephone number at

which the plaintiff will be reachable at the above time and date; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 5, 2020
         New York, New York